```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
JOHN PICKERING-GEORGE, (adopted)
JOHN R. DALEY, JR.,

                    Plaintiff,
                                        MEMORANDUM AND ORDER
         -against-                      11-CV-4861 (JS)(ETB)

U.S. DISTRICT COURT, E.D.N.Y.,
CENTRAL ISLIP, UNITED STATES AGENCY,
UNITED STATES OFFICIAL COURTS AND
JUDICIAL SYSTEM, Official Capacity.

                    Defendants.
----------------------------------X
APPEARANCES:
For Plaintiff:      John Pickering-George, Pro Se
                    100 W. 174th Street
                    Apt. 6-D
                    Bronx, New York 10453

For Defendants:     No appearances
```

SEYBERT, District Judge:

On September 29, 2011, pro se plaintiff John Pickering-George (adopted), John R. Daly, Jr., ("Plaintiff") filed his sixth Complaint in this Court. However, Plaintiff did not pay the $350 filing fee nor did he submit an application to proceed in forma pauperis. Accordingly, on October 5, 2011, the Court's Pro Se Office sent a Notice of Deficient Filing ("Notice") to Plaintiff. (See Dkt. No. 2.) The Notice instructed Plaintiff to submit either the $350 filing fee or a request to waive the filing fee within fourteen (14) days from the date of the Notice and provided Plaintiff with the proper forms to do so. To date, Plaintiff has failed to respond to the Notice. Accordingly, the action is dismissed without prejudice.

The Court certifies pursuant to pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore <u>in forma pauperis</u> status is denied for purpose of an appeal. <u>Coppedge v. United States</u>, 369 U.S. 438, 444-45 (1962).

            SO ORDERED.

            <u>/s/ JOANNA SEYBERT </u>
            Joanna Seybert, U.S.D.J.

Dated:  November <u> 18 </u>, 2011
     Central Islip, New York